UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND D. SMITH, | ) | No. CV 11-8753-DSF (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| STATE OF CALIFORNIA, | ) ) ) | |
| Respondent. | ) ) | |

For the reasons set forth in the Order filed this day, the Petition is denied and the action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: 12/14/11

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Smith Judgment.wpd